JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>JAARON JAVON DAVIS,<br><br> DEONDRE DAVIS,<br><br>   Defendant. | NO.  CR20-160RSL<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO CONTINUE  TRIAL AND<br>PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come before the Court on defendants' unopposed motion for a continuance of the trial and the pretrial motions due date (Dkt. #28), and the Court having considered the facts set forth in the motion, the speedy trial waivers executed by defendants (Dkts. #29, #30), and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
THE PRETRIAL MOTIONS DEADLINE - 1
(*Jaaron Javon Davis;* CR20-160RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1

2      2. The ends of justice will be served by ordering a continuance in this case, as a

3 continuance is necessary to ensure adequate time for the defense to effectively prepare

for trial. All of these factors outweigh the best interests of the public and defendant in

4 a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

5      IT IS THEREFORE ORDERED that the trial date shall be continued from

6 November 30, 2020, to May 24, 2021, and pretrial motions are to be filed no later

than April 19, 2021.

7      IT IS FURTHER ORDERED that the resulting period of delay from the date of

8 this order to the new trial date is hereby excluded for speedy trial purposes under 18

9 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

10      IT IS SO ORDERED.

11

12      Dated this 28th day of October, 2020.

13

14                               *MnS S Casnik*

Robert S. Lasnik

15                           United States District Judge

16

17 Presented by,

18 s/ *Gregory Murphy*
Assistant Federal Public Defender

19 Attorney for Jaaron Javon Davis

20 s/ *Peter Camiel*
Attorney for Deandre Davis

21 Camiel & Chaney, P.S.

22

23

24

25

26 ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
THE PRETRIAL MOTIONS DEADLINE   - 2
(*Jaaron Javon Davis;* CR20-160RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**