1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

| UNITED STATES OF AMERICA, | Case No. CR20-160RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE |
| DEONDRE DAVIS and JAARON DAVIS, | |
| Defendants. | |

14

15   This matter comes before the Court on the parties' "Joint Motion to Continue the Trial

16  Date." Dkt. # 34. Having considered the facts set forth in the motion, and defendants' knowing

17  and voluntary waivers, Dkts. # 35–36, the Court finds as follows:

18  1.   The Court adopts the facts set forth in the joint motion: specifically, that discovery

19  consists of a significant volume of materials and that the COVID-19 pandemic has continued to

20  hamper the ability of the parties to prepare for trial. Dkt. # 34. The Court accordingly finds that

21  a failure to grant a continuance would deny counsel, and any potential future counsel, the

22  reasonable time necessary for effective preparation, taking into account the exercise of due

23  diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

24  2.   The COVID-19 pandemic continues to impact the Court's operations. See W.D. Wash.

25  Gen. Order Nos. 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21 (incorporated by

26  reference). In particular, the COVID-19 pandemic has made it difficult for the Court to obtain an

27  adequate spectrum of jurors to represent a fair cross section of the community, and public health

28  guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in

ORDER GRANTING JOINT MOTION
TO CONTINUE TRIAL DATE - 1

1   the courtroom. Due to these challenges, the Court finds that proceeding with an earlier trial

2   would likely be impossible or would result in a miscarriage of justice, as set forth in 18 U.S.C.

3   § 3161(h)(7)(B)(i).

4   3.      The Court finds that the additional time requested between May 24, 2021 and the

5   proposed trial date of October 25, 2021, is a reasonable period of delay. The Court finds that this

6   additional time is necessary to provide counsel reasonable time to prepare for trial, considering

7   all the facts set forth above.

8   4.      The Court further finds that this continuance would serve the ends of justice, and that

9   these factors outweigh the best interests of the public and defendant in a speedier trial, within

10  the meaning of 18 U.S.C. § 3161(h)(7)(A).

11  5.      Jaaron Javon Davis has executed a waiver indicating that he has been advised of his right

12  to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily

13  waived that right and consented to the continuation of his trial to a date up to and including

14  November 8, 2021, Dkt. # 35, which will permit his trial to start on October 25, 2021, per the

15  parties' request.

16  6.      Deondre Davis has executed a waiver indicating that he has been advised of his right to a

17  speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived

18  that right and consented to the continuation of his trial to a date up to and including November

19  30, 2021, Dkt. # 36, which will permit his trial to start on October 25, 2021, per the parties'

20  request.

21          IT IS HEREBY ORDERED that the trial date shall be continued from May 24, 2021, to

22  October 25, 2021, and pretrial motions are to be filed no later than September 20, 2021.

23          IT IS FURTHER ORDERED that the period of time from the current trial date of May

24  24, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy

25  Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of

26  this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D),

27  (h)(7)(A), and (h)(7)(B).

28          IT IS SO ORDERED.

ORDER GRANTING JOINT MOTION
TO CONTINUE TRIAL DATE - 2

1    DATED this 2nd day of April, 2021.

2

3

4                                            Robert S. Lasnik
                                             United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION
TO CONTINUE TRIAL DATE - 3