The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEONDRE MATEO DAVIS and<br><br>JAARON JAVON DAVIS,<br><br>　　　　　　Defendants. | No. CR20-160 RSL<br><br>**ORDER EXTENDING TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE TO THE DEFENDANTS' PRETRIAL MOTIONS** |

Having considered the government's unopposed motion to extend time to respond to defendants' pretrial motions, Dkt. 44 and Dkt. 46, the Court ORDERS:

The government's motion is granted. The government shall file its responsive brief by September 30, 2021. Any reply briefs are due on October 6, 2021, and the noting date is reset for the same date.

DATED this 12th day of October, 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Prepared by:
*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Extending Time for Government's Response
*United States v. Davis & Davis* / CR20-160 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970