The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>DEONDRE MATEO DAVIS,<br><br>                    Defendant. | CASE NO.  CR20-160 RSL<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

The Court, having reviewed the Unopposed Motion to Dismiss the Indictment, enters the following order:

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice with respect to defendant Deondre Mateo Davis.

Dated this  24th  day of May, 2021.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Dismissing Indictment
*United States v. Davis* / CR20-160 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970